# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| DEREE J. NORMAN, ADMINISTRATOR FOR ESTATE OF LYDIA F. SHEARLDS, DECEASED, | : No. 380 EAL 2019 |
| Petitioner | : Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| TEMPLE UNIVERSITY HEALTH SYSTEM D/B/A TEMPLE UNIVERSITY HOSPITAL, SCOTT R. BEAUDOIN, M.D., BRIAN BRADY, M.D., DANIEL J. BURKE, M.D., CHANDRA DASS, M.D., EDWARD DORAZIO, M.D., DAVID J. EDWARD, M.D., TAMIM S. KHADDASH, M.D., CHUL KWAK, M.D. AND JANE C. YOON, M.D., | |
| Respondents | |

## ORDER

**PER CURIAM**

**AND NOW**, this 23rd day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.